IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARVIN PRINCE,

                Plaintiff,

v.

MS. K. LLOYD and MS. K. GEISSLER,

                Defendants.

OPINION & ORDER

14-cv-677-jdp

---

        In an order entered on November 13, 2015, I dismissed plaintiff Marvin Prince's complaint for failure to comply with Federal Rule of Civil Procedure 8. Dkt. 9. This order was returned to the court as undelivered because plaintiff had been released from custody. The clerk of court made efforts to locate plaintiff through the Wisconsin Department of Corrections and resent the order to his probation office. In a January 14, 2016, order, Magistrate Judge Crocker gave plaintiff a new deadline (February 4, 2016) to submit his proposed amended complaint. It is well past that deadline and plaintiff has not responded. Whether or not plaintiff actually received a copy of the November 13 order, it is his obligation to keep the court apprised of an address where he can be reached. Because there is no indication that plaintiff would like to continue litigating this case, IT IS ORDERED that this case is dismissed without prejudice for plaintiff's failure to prosecute it. The clerk of court is directed to enter judgment in favor of defendants and close this case.

        Entered February 29, 2016.

                              BY THE COURT:

                              /s/
                              _____
                              JAMES D. PETERSON
                              District Judge