IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARVIN PRINCE,

      Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                     Case No. 14-cv-677-jdp

MS. K. LLOYD and MS. K. GEISSLER,

      Defendants.

---

     This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for failure to prosecute.

        /s/                                      2/29/2016

---

    Peter Oppeneer, Clerk of Court                      Date